UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff(s),                      Case No. 20-30180

v.                                                Judge

Jesse Theodore McFadden,                Magistrate Judge Patricia T. Morris

        Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __11__, filed __7/27/2020__, has been modified. The explanation for the correction is stated below.

☑ The docket entry was made on the wrong case.

☐ The corresponding document image was missing or incomplete.

☐ The wrong document image was associated.

☐ The wrong judicial officer was listed on the case docket.

☐ The filer information was inaccurate or omitted from the docket text.

☐ The judicial officer information was inaccurate or omitted from the docket text.

☐ The docket text was changed *to include the Partial Payment Order.*

☐ Other:

If you need further clarification or assistance, please contact __Kristen Castaneda__ at __(989) 894-8820__.

DAVID J. WEAVER, CLERK OF COURT

Dated: July 27, 2020                            s/ Kristen Castaneda
                                                                Deputy Clerk