UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-mj-30180 |
| Plaintiff, | Hon. Patricia T. Morris |
| v. | United States Magistrate Judge |
| JESSE THEODORE McFADDEN, | |
| Defendant. | |

_____

## MOTION AND BRIEF FOR LEAVE TO
## DISMISS COMPLAINT WITHOUT PREJUDICE
_____

Pursuant to Federal Rule of Criminal Procedure Rule 48(a), the United States moves to dismiss, without prejudice, the Complaint against Jesse McFadden, in the above-captioned case. The government needs additional time to determine whether federal prosecution is in the interests of justice. *See generally United States v. Lovasco*, 431 U.S. 783, 790-96 (1977); 18 U.S.C. § 3161(d)(1).

The government's ability to prosecute this case properly would be substantially impaired were it required to proceed to indictment within the time period prescribed by the Speedy Trial Act, *see* 18 U.S.C. §§ 3161(b), 3161(h).

1

Accordingly, the government requests leave to dismiss the complaint without prejudice.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

Date: September 30, 2020                s/JULES M. DePORRE
Assistant United States Attorney
600 Church Street
Flint, MI 48502-1280
Phone: (810) 766-5177
E-Mail:jules.deporre@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on September 30, 2020, I submitted the foregoing *Motion and Brief for Dismissal Without Prejudice* using the Court's CM/ECF system, which will sent notice to all registered parties.

s/Jules M. DePorre
Assistant U.S. Attorney