UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                              Case No. 1:20–mj–30180–PTM

Jesse Theodore McFadden,

           Defendant(s),

## ORDER GRANTING LEAVE TO DISMISS COMPLAINT WITHOUT PREJUDICE

   This matter coming before the Court on the Government's motion, with notice having been provided to the defense, for the reasons stated in the Government's motion, the Court grants the Government leave to dismiss the complaint against Jesse Theodore McFadden.

   Accordingly, it is hereby ordered that the Complaint against Jesse Theodore McFadden be dismissed without prejudice, and that the Appearance Bond, if any, and the Order Setting Conditions of Release be cancelled.

                                        s/Patricia T. Morris
                                        Patricia T. Morris
                                        U.S. Magistrate Judge

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                     By: s/K Castaneda
                                          Case Manager

Dated:   September 30, 2020